





**EXHIBIT E**