# CROWN

# FC 4500

# Series



**EXHIBIT H**



# SC 4500

## Series

