

# 4-Wheel
## battery forklift



**EXHIBIT I**