

# HANGZHOU ZHELI FORKLIFT GROUP CO.,LTD
http://www.unforklift.com

中文 | English

Home | About us | Products | News | Customer Center | Contact us



3 simple steps to know us

1978-2008

→ History
→ Group
→ Achievement

# History



Record Years 30

| Year | Event |
|---|---|
| 1978 | Officially established (Originally named Xindeng Electric Vehicle Company) |
| 1980 | Successfully introduced German technology, and began to produce the first Counter Balance Electric Forklift |
| 1985 | Independently exploited Chinese first Reach Truck |
| 1987 | The annual sales amount of Reach Truck ranked first in domestic market |
| 1989 | Independently researched and developed Counter Balance IC Forklift |
| 1990 | Successfully produced the 2000th forklift |
| 1995 | Obtained the Excellence Award of China High-Tech ExpoProduced the first domestic High Level Narrow Aisle TruckOur forklift obtained the award of China Science & Technology Excellence |
| 1996 | Participated in the establishment of standards of China Construction Machinery Industry Association |
| 1998 | Awarded as Regional Famous Product in Zhejiang province |
| 2001 | Participated in the establishment of standards of Chinese Mechanical Reach TruckRanked as the recommended product to Europe by France Science and Technology Quality Supervision and Evaluation CommitteeSelected as the famous brand products both in America and China by United States International Brand Strategy Research Centre |
| 2002 | Recommended as the International exhibition brand |
| 2003 | Obtained the National Forklift Excellent Quality Award |
| 2004 | Completed the sales and service network covering the entire China |
| 2006 | The new plants of the Group were put into production |
| 2007 | Obtained 18 state-level technology patentsSpent 8 years to complete the U-series forklift |
| 2008 | Celebrated for the 30th establishment anniversary and step into a new stage |

CEMAT 2008 BOOTH NO. E1-H4

MANUFACTURER

International Telephone
+86-571-86888 355
+86-571-86888 377
Fax: +86-0571-86888 399
E-mail: sales@unforklift.com
Xindeng Industrial Park,Fuyang,Zhejiang,China

EXHIBIT L