

**EXHIBIT M**