# HANGZHOU ZHELI FORKLIFT GROUP CO.,LTD

http://www.unforklift.com

English

Home | About us | Products | News | Customer Center | Contact us

## U-series Narrow Aisle Truck (1.0t)

- 1,000kg. Lifting Capacity
- Power type :Battery
- CURTIS Controller, DC System

**Standard** | Technology | Service | Specification

- CURTIS Controller, DC System
- Chinese battery
- Duplex 3M MAST
- Solid tyre
- Working lights, buzzer, reverse alarm light, mirrors, seat belt, and the other standard equipments

We are the forklift



→ Products list
Diesel Forklift Truck
Gasoline/LPG Forklift Truck
Electric Forklift Truck
Warehouse Equipment

**MANUFACTURER**

International Telephone
+86-571-86888 355
+86-571-86888 377
Fax: +86-0571-86888 399
E-mail: sales@unforklift.com
Xindeng Industrial Park,Fuyang,Zhejiang,China

Canton Fair
Booth No.
8.0C B3
8.0C B4

**EXHIBIT P**

 **HANGZHOU ZHELI FORKLIFT GROUP CO.,LTD**
http://www.unforklift.com


中文
English

Home　About us　Products　News　Customer Center　Contact us

## Customer Center

说明部分内容　说明部分内容　fdsafdsafsdafsadfsdaf



→ Download Catalogue

→ Warranty claim

→ Free training

**CEMAT**  **MANUFACTURER**
BOOTH NO.
E1-H4

International Telephone
+86-571-86888 355 ☎
+86-571-86888 377 ☎
Fax: +86-0571-86888 399
E-mail: sales@unforklift.com
Xindeng Industrial Park, Fuyang, Zhejiang, China